**UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| FIRST NON-PROFIT INSURANCE COMPANY, )<br>For itself and on behalf of                             )<br>PAUL PUBLIC CHARTER SCHOOL,              )<br>                                                                      )<br>            Plaintiffs,                                      )<br>                                                                      )<br>v.                                                                  )<br>                                                                      )<br>ALLIED WORLD SURPLUS LINES           )<br>INSURANCE COMPANY,                            )<br>                                                                      )<br>            Defendant.                                    ) | Civil Action No. 1:17-cv-2008 |

---

**RULE 7.1 DISCLOSURE STATEMENT OF
FIRST NONPROFIT INSURANCE COMPANY**

The undersigned counsel for Plaintiff First Nonprofit Insurance Company certifies that this party is a non-governmental corporate party and that:

[X]   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
      AmTrust Financial Services, Inc.
      _____
      _____
      _____

**OR**

[ ]   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

DATED:  September 28, 2017

                                                                    Respectfully Submitted:

                                                                    LEE & MCSHANE, PC

                                                                    /s/ Terrence M. McShane
                                                                    Terrence M. McShane, Esq., #429683
                                                                    Arthur T. K. Norris, Esq., #438907
                                                                    1211 Connecticut Ave, NW, Suite 425
                                                                    Washington, DC 20036
                                                                    tmm@lee-mcshane.com

atn@lee-mcshane.com
(202) 530-8100
(202) 530-0402 (fax)
*Counsel for Plaintiffs*


Of Counsel:

Rostyslaw J. Smyk, Esq. (Pro hac vice pending)
Dennis B. Condon, Esq. (Pro hac vice pending)
Ruberry, Stalmack & Garvey, LLC
10 South LaSalle, Suite 1800
Chicago, Illinois 60603
(312) 466-8050