UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FIRST NON-PROFIT INSURANCE COMPANY,<br><br>For itself and on behalf of<br><br>PAUL PUBLIC CHARTER SCHOOL<br><br>        Plaintiffs,<br><br>v.<br><br>ALLIED WORLD SURPLUS LINES INSURANCE COMPANY,<br><br>        Defendant. | Case No. 1:17-cv-2008-EGS |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff First Non-Profit Insurance Company on behalf of itself and Paul Public Charter School, and Defendant Allied World Surplus Lines Insurance Company, jointly stipulate to the dismissal without prejudice of the Complaint against Allied World. Each party shall bear its own attorneys' fees, expenses, and other costs in connection with the above-captioned action.

Dated: August 8, 2018

                                      Respectfully submitted,

-2-

/ s/ Richard A. Simpson
Richard A. Simpson, Esq. # 411893
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
rsimpson@wileyrein.com
(202) 719-7000
(202) 719-7049 (facsimile)

*Attorney for Defendant Allied World Surplus Lines Insurance Company*

/s/ Terrence M. McShane
Terrence M. McShane, Esq. #429683
Arthur T. K. Norris, Esq. #438907
1211 Connecticut Avenue, NW, Suite 425
Washington, DC 20036
tmm@lee-mcshane.com
atn@lee-mcshane.com
(202) 530-8100
(202) 530-0402 (facsimile)

*Attorneys for Plaintiffs First Non-Profit Insurance Company and Paul Public Charter School*